IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TREMAIN HUGGINS**                                                                      **PLAINTIFF**
**#143826**

v.                      No. 2:22-cv-237-DPM

**ARKANSAS COUNTY DETENTION**
**CENTER and ARKANSAS**
**DEPARTMENT OF CORRECTIONS**                        **DEFENDANTS**

## ORDER

1.    The Court withdraws the reference.

2.    Huggins hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2023