IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TREMAIN HUGGINS**                                                **PLAINTIFF**
**#143826**

v.                         No. 2:22-cv-237-DPM

**ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS**            **DEFENDANTS**

## JUDGMENT

Huggins's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2023